# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00122-JCM-BNW |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 5) |
| GEORGE STONE, | |
| Defendant. | |

Pending before the Court is the United States' motion to quash warrant and issue summons. Docket No. 5. On May 15, 2019, at the request of the United States, the Court issued an arrest warrant for Defendant. Docket Nos. 3, 4. The United States now submits that it requested the warrant in error and therefore asks the Court to quash the warrant and issue a summons for Defendant to appear for his initial appearance and arraignment and plea. Docket No. 5. The United States, however, has not attached a proposed summons to its motion. *Id*.

Accordingly, the Court **DENIES** the United States' motion without prejudice. Docket No. 5.

IT IS SO ORDERED.

DATED: May 20, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE