# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00122-JCM-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| GEORGE STONE, | |
| Defendant. | |

On May 15, 2019, a federal grand jury sitting in Las Vegas, Nevada issued an indictment charging Defendant George Stone with dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D). Docket No. 1. At the United States' request, the Court issued an arrest warrant for Defendant. Docket Nos. 3, 4. The United States filed the indictment and, therefore, the case, under seal without complying with the Court's clear rules for such filings. LR IA 10-5.

Now pending before the Court is the United States' motion to quash the arrest warrant and issue a summons for Defendant's appearance. Docket No. 7. The United States improperly filed this motion under seal without filing a separate motion to seal. *See* Local Rule IA 10-5(a).

No later than May 23, 2019, at 10:00 a.m., the United States shall file either a proper motion to seal the indictment, case, and all motions, addressing the proper standards, or a motion to unseal. Failure to comply with this order may result in the Court unsealing the indictment, case, and all motions. *See* Local Rule IA 10-5(b).

IT IS SO ORDERED.

DATED: May 22, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE