# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00122-JCM-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | (Docket Nos. 9, 10) |
| GEORGE STONE, | |
| Defendant. | |

Pending before the Court are the United States' motions to unseal the instant case, including the indictment and all motions. Docket Nos. 9, 10. The motions are identical. *Id*. The United States submits that no compelling interest exists for this case to be under seal. Docket No. 9 at 2.

The Court ordered the United States to file either a motion to seal, citing the proper standards, or a motion to unseal, no later than May 23, 2019, at 10:00 a.m. Docket No. 8. Despite the Court's order, the United States filed these identical motions over two-and-one-half hours late with no explanation or request for continuance. The Court **ADMONISHES** Assistant United States Attorney Rebecca Clinton that she must strictly comply with all Court orders. Any failure to comply with a court order in the future may result in sanctions.

The United States' motion to unseal, Docket No. 9, is **GRANTED**. The Clerk's Office is **INSTRUCTED** to unseal the instant case, including the indictment and all motions. The motion at Docket No. 10 is **DENIED** as moot.

IT IS SO ORDERED.

DATED: May 23, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE