**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE STONE,<br><br>Defendant. | Case No. 2:19-cr-00122-JCM-BNW<br><br>**ORDER TO QUASH ARREST WARRANT AND ISSUE SUMMONS** |

Based on the Government's Motion to Quash Arrest Warrant and Issue Summons, **IT IS HEREBY ORDERED** that the arrest warrant issued for Defendant George Stone is **QUASHED**, and a summons shall issue.

DATED this __23rd__ day of May, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE