FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 5 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE STONE,<br><br>Defendant. | 2:19-CR-122-JCM-BNW<br><br>**Preliminary Order of Forfeiture** |

This Court finds George Stone pled guilty to Count One of a One-Count Criminal Indictment charging him with dealing in firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds George Stone agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which George Stone pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(a)(1)(A), and is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1. Founding Fathers Armory Model 3GComp-MV, S/N: 2FA60805;
2. Colt Model Official Police .38 Special Revolver, S/N: 893941;
3. Caspian Arms Model 1911 .38 Super Pistol with eight magazines, S/N: KITTI73;

4. Nine rounds of Aguila .38 Super ammunition;
5. Colt Model Automatic .380-cal. Pistol with one magazine, S/N: 58115;
6. Taurus Model "The Judge" .45-cal revolver, S/N: BX712597;
7. Colt Model Cobra .38-cal revolver, S/N: 99970M;
8. CZ Model 75SP01 9mm pistol with one magazine, S/N: A373519;
9. Smith & Wesson Model 586-3 .357 cal. Revolver, S/N: BPT4261;
10. Kimber Model 1911 .45-cal. Pistol with one magazine, S/N: ALT0014;
11. Glock model 30 .45-cal. Pistol with two magazines, S/N: FPW661;
12. FNH USA Model FNX-45 .45-cal pistol with three magazines, S/N: FX3U073061;
13. Smith & Wesson Model M&P Shield 9mm pistol with three magazines, S/N: HPJ0880;
14. Colt Government Model 9mm pistol with two magazines, S/N: 9CCU01157;.
15. Smith & Wesson Model 67-1 .38 special revolver, S/N: 33K4105;
16. Smith & Wesson Model 64-1 .38 special revolver, S/N: 1D18628;
17. Colt Model MK4 .380-cal. Pistol with three magazines, S/N: MS10334;
18. Sig Sauer Model P224 .40-cal. Pistol with two magazines, S/N: 50E000450;
19. FNH Model FNP-45 .45-cal. Pistol with three magazines, S/N: 61DZZ04323;
20. Taurus Model Tracker .22-cal. Pistol, S/N: FW676833;
21. Glock Model 19 9mm pistol with three magazines, S/N: BGUP705;
22. Glock Model 17 9 mm pistol one magazine, S/N: BGSB028;
23. Century International Arms Model 6P1975 7.62x39mm rifle, S/N: GP7507378;
24. Smith & Wesson Model 945 Performance .45-cal pistol, S/N: LEW0613;
25. 22 rounds of assorted .45-cal. Ammunition;
26. Spikes Tactical Model ST15 .223-cal pistol with one magazine, S/N: NSL114410;
27. Colt Model Mustang Pocket Lite .380-cal pistol with one magazine, S/N: PL45970;
28. Astra Model Club 6.35 mm pistol, S/N: 950617;
29. Magnum Research Model Desert Eagle .50-cal pistol with one magazine, S/N: DK0037083;

30. Kimber Model Grand Raptor .45-cal pistol with one magazine, S/N: K197565;

31. Colt Model 1911 .45-cal pistol with one magazine, S/N: 79190G70;

32. Marlin Model 336 .30-30-cal rifle, S/N: M14858;

33. Smith & Wesson Model Bodyguard .380-cal pistol with one magazine, S/N: EBZ0664;

34. Six rounds of federal .380-cal. Ammunition; and

35. Colt Government Model .38 super pistol with two magazines, S/N: 38SCC1721

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of George Stone in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a

hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>  Daniel D. Hollingsworth
>  Assistant United States Attorney
>  James A. Blum
>  Assistant United States Attorney
>  501 Las Vegas Boulevard South, Suite 1100
>  Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Feb 5, 2020.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

4

# CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on **DATE**, 2019.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal