```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

          AUG 1 2 2020

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEORGE STONE,<br><br>　　　　Defendant. | 2:19-CR-122-JCM-BNW<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by George Stone to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which George Stone pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 31; Plea Agreement, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 33.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 21, 2020, through March 21, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 34-3, p.2.

This Court finds the United States notified known third parties by personal service of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 37.

On March 5 and March 9, 2020, the United States Marshals Service attempted to personally serve Loan Stone with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 37-1, p. 3.

On March 30, 2020, the United States Marshals Service personally served Loan Stone with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 37-1, p. 4.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Founding Fathers Armory Model 3GComp-MV, S/N: 2FA60805;
2. Colt Model Official Police .38 Special Revolver, S/N: 893941;
3. Caspian Arms Model 1911 .38 Super Pistol with eight magazines, S/N: KITTI73;
4. Nine rounds of Aguila .38 Super ammunition;
5. Colt Model Automatic .380-cal. Pistol with one magazine, S/N: 58115;
6. Taurus Model "The Judge" .45-cal revolver, S/N: BX712597;
7. Colt Model Cobra .38-cal revolver, S/N: 99970M;
8. CZ Model 75SP01 9mm pistol with one magazine, S/N: A373519;
9. Smith & Wesson Model 586-3 .357 cal. Revolver, S/N: BPT4261;

10. Kimber Model 1911 .45-cal. Pistol with one magazine, S/N: ALT0014;
11. Glock model 30 .45-cal. Pistol with two magazines, S/N: FPW661;
12. FNH USA Model FNX-45 .45-cal pistol with three magazines, S/N: FX3U073061;
13. Smith & Wesson Model M&P Shield 9mm pistol with three magazines, S/N: HPJ0880;
14. Colt Government Model 9mm pistol with two magazines, S/N: 9CCU01157;
15. Smith & Wesson Model 67-1 .38 special revolver, S/N: 33K4105;
16. Smith & Wesson Model 64-1 .38 special revolver, S/N: 1D18628;
17. Colt Model MK4 .380-cal. Pistol with three magazines, S/N: MS10334;
18. Sig Sauer Model P224 .40-cal. Pistol with two magazines, S/N: 50E000450;
19. FNH Model FNP-45 .45-cal. Pistol with three magazines, S/N: 61DZZ04323;
20. Taurus Model Tracker .22-cal. Pistol, S/N: FW676833;
21. Glock Model 19 9mm pistol with three magazines, S/N: BGUP705;
22. Glock Model 17 9 mm pistol one magazine, S/N: BGSB028;
23. Century International Arms Model 6P1975 7.62x39mm rifle, S/N: GP7507378;
24. Smith & Wesson Model 945 Performance .45-cal pistol, S/N: LEW0613;
25. 22 rounds of assorted .45-cal. Ammunition;
26. Spikes Tactical Model ST15 .223-cal pistol with one magazine, S/N: NSL114410;
27. Colt Model Mustang Pocket Lite .380-cal pistol with one magazine, S/N: PL45970;
28. Astra Model Club 6.35 mm pistol, S/N: 950617;
29. Magnum Research Model Desert Eagle .50-cal pistol with one magazine, S/N: DK0037083;
30. Kimber Model Grand Raptor .45-cal pistol with one magazine, S/N: K197565;
31. Colt Model 1911 .45-cal pistol with one magazine, S/N: 79190G70;
32. Marlin Model 336 .30-30-cal rifle, S/N: M14858;
33. Smith & Wesson Model Bodyguard .380-cal pistol with one magazine, S/N: EBZ0664;
34. Six rounds of federal .380-cal. Ammunition; and

35. Colt Government Model .38 super pistol with two magazines, S/N: 38SCC1721 (all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Aug. 12, 2020, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE


**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on May 18, 2020.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal